# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-035-GCM-DCK

| | |
|---|---|
| PAMELA ARDIZZONE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| THE STANDARD INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 4) filed by Brian L. Kinsley, concerning Amanda Stansberry-Johns on February 21, 2018. Ms. Amanda Stansberry-Johns seeks to appear as counsel *pro hac vice* for Plaintiff, Pamela Ardizzone. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 4) is **GRANTED.** Ms. Amanda Stansberry-Johns is hereby admitted *pro hac vice* to represent Plaintiff, Pamela Ardizzone.

**SO ORDERED**.

Signed: February 21, 2018

David C. Keesler
United States Magistrate Judge