IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-035-GCM-DCK

| PAMELA ARDIZZONE, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| THE STANDARD INSURANCE COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 9) filed by Kathleen D.B. Burchette, concerning James Tracy Hedgepath on March 5, 2018. Mr. James Tracy Hedgepath seeks to appear as counsel *pro hac vice* for Defendant, The Standard Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 9) is **GRANTED.** Mr. James Tracy Hedgepath is hereby admitted *pro hac vice* to represent Defendant, The Standard Insurance Company.

**SO ORDERED**.

Signed: March 5, 2018

David C. Keesler
United States Magistrate Judge